No. 81–592.   MUELLER ET AL. *v.* RUDDY ET AL.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 81–602.   MOLINS MACHINE CO., INC. *v.* RENGO CO. LTD. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 81–606.   DAVIS & COX ET AL. *v.* EIGHTH JUDICIAL DISTRICT COURT OF NEVADA ET AL.   Sup. Ct. Nev.   Certiorari denied.

No. 81–612.   MASINO ET AL. *v.* OUTBOARD MARINE CORP. ET AL.; and BUBELLO, ADMINISTRATRIX *v.* TAYLOR ET AL. C. A. 3d Cir.   Certiorari denied.

No. 81–627.   ASHLAND-WARREN, INC. *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 81–628.   OLPIN, A MINOR, BY HER GUARDIAN AD LITEM, LOUDEN *v.* OLPIN.   Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–643.   THORDARSON ET AL. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 81–684.   AU *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 81–695.   BLAND *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–706.   PEREZ *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.